IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF SOUTH CAROLINA
GREENWOOD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | CR. NO. 8:07-19 |
| ) | 16 U.S.C. § 470ee (a)(d) |
| vs. ) | 18 U.S.C. § 2 |
| ) | 16 U.S.C. § 470gg |
| BRYAN KEITH GARY, ) | |
| KRISTI HENDRICKS, and ) | |
| TINA TODD ) | INDICTMENT |

## COUNT 1

Beginning in or about July 2003, and continuing through July 15, 2005, the exact dates being unknown, in the District of South Carolina, the defendants, BRYAN KEITH GARY, KRISTI HENDRICKS, and TINA TODD, did unlawfully and knowingly excavate, remove, damage and otherwise alter and deface archaeological resources, consisting of archeological materials related to prehistoric occupation to include lithic stones, projectile points, and ceramics from an area identified as Site No. 38MC426, known locally as the Mars Bridge site, located within the Sumter National Forest in McCormick County, South Carolina, causing damage of more than $500.00, without having the necessary permit.

In violation of Title 16, United States Code, Sections 470ee(a), and (d), and Title 18, United States Code, Section 2.

## FORFEITURE COUNT

1.     THE GRAND JURY FURTHER FINDS that upon conviction for one or more violations of Title 16, United States Code, Section 470ee(a), as charged in this Indictment, the Defendants, BRYAN KEITH GARY, KRISTI HENDRICKS, and TINA TODD, shall forfeit to the United States pursuant to Title 16, United States Code, Section 470gg, their interest in:

A.     All artifacts and equipment used in connection with such violation, to wit:

all artifacts taken or excavated;

2 digging tools

2 Flashlights

3 Kerosene lamps;

1 Battery;

1 Bottle of propane;

1 Clear plastic case;

1 Black pouch containing stones and toothbrush;

1 Blue/Red box;

2 Bags containing points;

1 small bucket containing points/artifacts;

1 Dockers case containing points; and

1 cigar box containing artifacts.

In violation of Title 16, United States Code, Section 470gg(b).

A __true__ Bill

__s/ Foreperson__
FOREPERSON

__s/ Reginald I. Lloyd__
REGINALD I. LLOYD  (mbc)
UNITED STATES ATTORNEY

**Count 1**     **PENALTIES OF VIOLATION OF 16 U.S.C. § 470ee(a):**

**Maximum Possible Penalty**

Imprisonment for not more than 2 years and/or

Fine of $20,000.00, and

Supervised Release for 1 year, and

Special Assessment of $100.00



# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# DISTRICT OF SOUTH CAROLINA

TO:        **DEFENDANT**

FROM:   **CLERK OF COURT**

SUBJECT:   **SIGNATURE OF GRAND JURY FOREPERSON ON THE INDICTMENT**

The Court does hereby attest that the signature of the Grand Jury Foreperson is affixed to the original Indictment which is being maintained by the Clerk of Court.