Prob 12C
(Rev. 7/08)

# UNITED STATES DISTRICT COURT

for

### District of South Carolina

### Petition for Warrant or Summons for Offender Under Supervision

**Name of Offender:** Tina Todd  **Case Number:** 8:07-19-3

**Name of Sentencing Judicial Officer:** The Honorable Henry F. Floyd, U.S. District Court Judge

**Date of Original Sentence:** August 20, 2008

**Original Offense:** Unlawful Excavation of Archeological Resources

**Original Sentence:** Time served, to be followed by one (1) year supervised release with the following special conditions: 1) The defendant shall participate in a program of testing and treatment for substance abuse as directed by the probation officer; and 2) Pay a $100 special assessment.

**Type of Supervision:** Supervised Release   **Date Supervision Commenced:** August 20, 2008

**Assistant U.S. Attorney:** Max Cauthen   **Defense Attorney:** Jessica Salvini

**Previous Court Action/Notification(s):**

---

### PETITIONING THE COURT

[X] To issue a warrant

[ ] To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| *Violation Number* | *Nature of Noncompliance* |
|---|---|
| 1 | USE OF ILLEGAL DRUGS: The defendant admitted to methamphetamine use and possession on November 25, 2008. |

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   December 18, 2008

*[signature]*

Ronald L. Gambrell
U.S. Probation Officer

Date:   December 18, 2008

Reviewed and Approved By:

*[signature]*

Eric D. Sullivan
Supervising U.S. Probation Officer

---

**THE COURT ORDERS:**

[ ]    No action.

[X]    The issuance of a warrant.

[ ]    The issuance of a summons.

[ ]    Other

---

**BOND CONSIDERATION**:

[X]    Bond to be set at the discretion of the United States Magistrate Judge

[ ]    No bond to be set.

[ ]    Other (specify): _____

  s/ Henry F. Floyd
  Henry F. Floyd
UNITED STATES DISTRICT JUDGE

  December 22, 2008
        Date

A TRUE COPY
ATTEST: LARRY W. PROPES, CLERK

BY: *Fred W. Bostic*

DEPUTY CLERK