AO442 (SCD Rev. 01/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT
### DISTRICT OF SOUTH CAROLINA
### ANDERSON/GREENWOOD DIVISION

UNITED STATES OF AMERICA

**WARRANT FOR ARREST**

vs.

CASE NUMBER: 8:07-19

TINA TODD

To: The United States Marshal or any Authorized United States Officer

RECEIVED 2008 DEC 23 A 9:48

YOU ARE HEREBY COMMANDED to arrest TINA TODD and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment ☐ Information ☐ Complaint ☐ Order of Court ■ Violation Notice
☐ Probation Violation Petition

charging him or her with violation of Title(s), United States Code, Section(s).

HENRY F. FLOYD
Name of Issuing Officer

UNITED STATES DISTRICT JUDGE
Title of Issuing Officer

s/Fred W. Bostic, III, Deputy Clerk
Signature of Issuing Officer

December 22, 2008  Spartanburg, SC
Date and Location

Bail to be set by Judge before whom defendant initially appears.

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at _Greenville, SC_ | | |
| Date Received | Name and Title of Arresting Officer | Signature of Arresting Officer |
| Date of Arrest 2-3-09 | Derek Miller / Dutton | [signatures] |